pay certain certificates theretofore issued by it to the contractor "upon the presentation of all waivers of all claims for possible' liens," a general averment in the former's affidavit of merits in an action in the Municipal Court of Chicago to recover on the certificates that plaintiff had failed to present to defendant "waivers of all claims or any claims for possible liens," and the averment that plaintiff had not paid the two claims referred to in its statement of claim averring waivers of liens of such claims, without any specific denials of the averments in the statement that there were no other claims than those stated or allegations therein of facts from which it appeared no other liens could be asserted, *held* insufficient to present an issue of fact as to whether plaintiff had presented waivers of all possible liens under the contract.

3.  MUNICIPAL COURT OF CHICAGO, § 13*—*when statement of claim in action by contractor on certificates is sufficient.*  Where a contract between the owner of certain construction work and the contractor therefor provided that the former would pay certain certificates issued by it to the contractor "upon the presentation of all waivers of all claims for possible liens," an averment, in a statement of claim in an action to recover on the certificates, of the presentation of the waiver called for by the contract was sufficient without averring also an extinguishment of the liens.

---

## American Contracting & Supply Company for use of William E. Dee Company, Appellee, v. Speedway Park Association, Appellant.

### Gen. No. 22,939.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1916.  Affirmed.  Opinion filed December 21, 1917.

### Statement of the Case.

Action by American Contracting & Supply Company, a corporation, for use of William E. Dee Company, plaintiff, against Speedway Park Association,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

180    APPELLATE COURTS OF ILLINOIS.

American Con. & Sup. Co. v. Speedway Park Assn., 209 Ill. App. 179.

defendant, to recover on certificates issued by defendant to plaintiff as contractor for certain construction work for defendant, and assigned to William E. Dee Company, a subcontractor. From a judgment for plaintiff, defendant appeals.

Appeal presents same questions as appeal in case of *American Contracting & Supply Co. v. Speedway Park Ass'n,* Gen. No. 22,940, *ante,* p. 177, opinion in which is signed the same day, and for the reasons appearing therein this judgment is affirmed.

See also, *Heller v. Speedway Park Association,* Gen. No. 22,938, *post,* p. 181.

CAMPBELL & FISCHER, for appellant.

JOHN M. QUINLAN and HOAG & ULLMANN, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

CONTRACTS, § 345*—*when action may be brought on certificates by contractor for use of subcontractor.* Where a contractor for certain construction work assigned to a subcontractor certain certificates issued by the owner of the work to the contractor in payment therefor, but did not indorse same over to the subcontractor, an action on the certificates was properly brought by the contractor for the use of the subcontractor.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.